WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
33 Washington Street
Newark, New Jersey 07102
Tel: (973) 624-0800 Fax: (973) 624-0799
William P. Krauss, Esq. (0691)
Attorneys for Defendant Liberty Mutual Insurance Company and
Liberty Mutual Fire Insurance Company,
Improperly Sued as Liberty Mutual Insurance Company

RECEIVED

MAR 0 6 2008

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN KAUFMAN, BETTINA FREELAND, PHILLIP T. BURRUS, VANGA STOILOV, ANTHONY ROSSETTI, TAMESHA BROWN, AXA and EDUARDO KIEFFER, and SANDRA D. KOZUSKO, <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, GEICO INSURANCE COMPANY, FIRST TRENTON INDEMNITY COMPANY, HIGH POINT INSURANCE COMPANY and NEW JERSEY MANUFACTURERS INSURANCE COMPANY, et al, <br><br> Defendants. | Civil Action No. 3:07-cv-06160 (GEB) <br> Hon. Garrett E. Brown, Jr., U.S.D.J. <br> Hon. John J. Hughes, U.S.M.J. <br><br> **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY** <br> (F.R.C.P. 41(a)(1)(i)) <br><br> *FILED ELECTRONICALLY* |

The parties hereto, through their undersigned counsel, hereby stipulate and agree that the within matter is hereby dismissed <u>without</u> prejudice as to defendant Liberty Mutual Insurance Company, and without costs as to any party.

Mazie Slater Katz & Freeman, LLC
Attorneys for Plaintiffs

By: Eric D. Katz, Esq.

Dated: 2/25/08

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attorneys for Defendant Liberty Mutual Insurance Company and Liberty Mutual Fire Insurance Company, Improperly Sued as Liberty Mutual Insurance Company

By: William P. Krauss (0691)

Dated: February 6, 2008

SO ORDERED:

Hon. John J. Hughes, U.S.M.J.

Dated: ~~February~~ ___, 2008
3/5/08