MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898

PRINCE & PORTNOI, P.C.
136 Central Avenue
Clark, New Jersey 07066
(732) 396-8900

KEEFE BARTELS & CLARK, LLC
830 Broad Street
Shrewsbury, New Jersey 07702
(732) 224-9400

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN KAUFMAN, BETTINA FREELAND, PHILLIP T. BURRUS, VANGA STOILOV, ANTHONY ROSSETTI, TAMESHA BROWN, AXA and EDUARDO KIEFFER, and SANDRA D. KOZUSKO, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLSTATE NEW JERSEY INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, GEICO INSURANCE COMPANY, FIRST TRENTON INDEMNITY COMPANY, HIGH POINT INSURANCE COMPANY, and NEW JERSEY MANUFACTURERS INSURANCE COMPANY, <br><br> Defendants. | : CIVIL ACTION NO. 07-6160 (MLC-JJH) <br><br> Civil Action <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, Plaintiffs, Lauren Kaufman, Bettina Freeland, Phillip T. Burrus, Vanga Stoilov, Anthony Rossetti, Tamesha Brown, Axa and Eduardo Kieffer, and Sandra D. Kozusko, individually and on behalf of all others similarly situated, hereby voluntarily dismiss the above captioned action as to defendant, First Trenton Indemnity Company, WITHOUT PREJUDICE, with each party to bear its own costs.

Dated: July 3, 2008

By: /s/ Eric D. Katz
Eric D. Katz, Esq.
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898

PRINCE & PORTNOI, P.C.
136 Central Avenue
Clark, New Jersey 07066
(732) 396-8900

KEEFE BARTELS & CLARK, LLC
830 Broad Street
Shrewsbury, New Jersey 07702
(973) 228-9898

Attorneys for Plaintiffs